**Electronically Filed: June 23, 2021**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321Om
Email: *ryan@vegaslawfirm.legal*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@vegaslawfirm.legal*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Proposed Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 21-12509-ABL |
| LEVEL UP DEVELOPMENTS, LLC, | Chapter 11 Subchapter V |
| Debtor. | **STATUS REPORT** |
| | Hearing Date: July 7, 2021<br>Hearing Time: 1:30 p.m. |

    LEVEL UP DEVELOPMENTS, LLC., a Nevada limited liability company ("Debtor"), the above-captioned debtor and debtor in possession, by and through its proposed counsel, hereby submits this Status Report as follows:

    1.    On May 14, 2021, Debtor filed its voluntary petition for relief under Chapter 11 Subchapter V of the United States Bankruptcy Code. Under Sections 1107(a) and 1108, Debtor has and continues to operate its business and manage its property as a debtor-in-possession.

    2.    On May 26, 2021, Debtor filed its application to employ Andersen Law Firm, Ltd. as its bankruptcy reorganization counsel. A hearing on the application has been set for June 30, 2021, at 1:30 p.m.

    3.    Debtor is a full-service marketing agency specializing in web design, digital marketing, and search engine optimization. Debtor employs two full-time employees, works with various thirds-

party contractors, and provides service to customers nationwide. Debtor also own real property located in Ohio.

4. On May 28, 2021, Debtor filed its Amended Motion for Entry of Order: (1) Authorizing Debtor to Pay Wages, Salaries, and Other Employee Obligations; and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations. An order granting the motion was entered on June 3, 2021. ECF No. 31.

5. Debtor's 341 Meeting of Creditors was concluded on June 17, 2021.

6. Debtor anticipates filing an application to employ a realtor to market and sell its real property located in Tallmadge, Ohio in the coming days.

7. Debtor also anticipates filing its plan within its exclusive period to do so, subject to the Court's availability to adjudicate any contested valuation motions and whether any negotiations with its secured creditors are delayed. Should the Debtor require more time to file a plan, it does anticipate seeking an extension of the exclusivity period.

Dated this 23rd day of June, 2021.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By: /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120

*Proposed Counsel for Debtor*