**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@vegaslawfirm.legal*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Proposed Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No.: 21-12509-ABL |
| --- | --- |
| LEVEL UP DEVELOPMENTS, LLC, | Chapter 11 Subchapter V |
| Debtor. | **NOTICE OF HEARING** |
| | Hearing Date: September 1, 2021 |
| | Hearing Time: 1:30 p.m. |
| | Location:   TELEPHONIC HEARING[1] |

## TO:  ALL INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN** that Andersen Law Firm, Ltd. ("Firm"), counsel of record to LEVEL UP DEVELOPMENTS, LLC, in the above-captioned bankruptcy case, has filed a *Motion for Conversion of Chapter 11 to Chapter 7* ("Motion").  Through the Motion, the Firm requests to convert the Case to one under chapter 7.  A copy of the Motion is available on the docket of the above-captioned bankruptcy case.

---

[1] This hearing will be heard telephonically. Check the Bankruptcy Court's website prior to the hearing for the call-in number, at: https://www.nvb.uscourts.gov/calendars/court-calendars/. The calendar for this hearing will be posted under "Duty Judges (Chapter 7 & 13) a few days prior to the hearing. Select the pdf for the Chapter 7 calendar for the date listed above, and the call-in information for the hearing will be identified at the top of that pdf.

**NOTICE IS FURTHER GIVEN** that any opposition to the relief requested in the Motion must be filed pursuant to Local Rule 9014(d)(1), which provides:

> . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported affidavits or declarations that conform to the provisions of subsection (c) of [Local Rule 9014].

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

Dated this 30th day of July, 2021.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By:  /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120

*Proposed Counsel for the Debtor*