NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

LEVEL UP DEVELOPMENTS LLC
   dba LEVEL UP HOLDINGS LLC

                 Debtor(s)

BK−21−12509−abl
CHAPTER 11

NOTICE OF RESCHEDULED HEARING

Hearing Date:   9/7/21
Hearing Time:   01:30 PM

**NOTICE IS GIVEN** that a rescheduled Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

    Hearing Date:            9/7/21
    Hearing Time:           01:30 PM
    Hearing Phone Number:   (888) 684−8852
    Hearing Access Code:    8242009#

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

   *1* − Chapter 11 Subchapter V Voluntary Petition Non−Individual. Fee Amount $1738. Filed by RYAN A. ANDERSEN on behalf of LEVEL UP DEVELOPMENTS LLC Chapter 11 Plan Subchapter V Due by 08/12/2021. (ANDERSEN, RYAN)

This hearing is scheduled for the following reason:

   Per Courts Instructions.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 8/2/21

                                            Mary A. Schott
                                            Clerk of Court