NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−12509−abl |
| LEVEL UP DEVELOPMENTS LLC<br>    dba LEVEL UP HOLDINGS LLC | CHAPTER 7 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **91** – Declaration Of: JEFFREY MAZEK IN SUPPORT OF THE MOTION OF THE HUNTINGTON NATIONAL BANK PURSUANT TO 11 U.S.C. § 362(d) FOR RELIEF FROM THE AUTOMATIC STAY AND FOR OTHER RELIEF Filed by BRIAN R. IRVINE on behalf of THE HUNTINGTON NATIONAL BANK (Related document(s)89 Motion for Relief from Stay filed by Creditor THE HUNTINGTON NATIONAL BANK) (IRVINE, BRIAN) |
| Filed On: | 10/5/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF document appears to be missing pages and must be re−filed in its entirety as an amended document immediately.
* PAGES 67, 83 and 85 ARE BLANK

Dated: 10/6/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

For additional information, please visit the court's web site at **https://www.nvb.uscourts.gov**